United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. |
| v. ) | 97-40009-NMG |
| ) | |
| VINCENT MICHAEL MARINO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

GORTON, J.

The Court deems defendant's "notice of appeal", docketed March 10, 2016, to be a motion to enlarge the time for filing an appeal, allows that motion and therefore considers that "notice of appeal" to have been timely filed.

_____
Nathaniel M. Gorton
United States District Judge

Dated: June 3, 2016

-1-