FILED
IN CLERKS OFFICE

2020 AUG 17 AM 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

Michael Marino
Petitioner.

v.

United States of America
Respondents.

) Criminal #97-cr-40009-NMG.
) Judge: Gorton, USDJ.
) August 1st, 2020.

**PETITIONER MARINO'S MOTION FOR THIS COURT TO RECONSIDER THIS COURT'S ERRONEOUS DENIAL OF MARINO'S DOCUMENTS: 2461, 2463, 2465 and 2472 VIA: ITS JULY 2nd, 2020 COURT ORDER DOCUMENTS: 2477, 2478, 2479 AND 2480, WITHOUT ALLOWING MARINO TO REPLY TO GOVERNMENT'S RESPONSE DOCUMENT: 2473, SEE FED.R.CIV.P. 54(b), 60(a) AND FED.R.CRIM.P. RULE 36 TO CORRECT ABOVE ERROR**

[1] On 6-17-2020, government's response to Marino's Documents: 2461, 2463, 2465 and 2472.

[2] On 7-1-2020, Marino filed a motion to extend time to reply to Government's response Document: 2473, dated 6-17-2020. See Document: 2474, dated 7-1-2020 (Marino's motion requesting until August 10th, 2020 to reply to Government's Document: 2473.

[3] On 7-2-202, this Court in error denied Marino's Documents: 2461, 2463, 2465, and 2472, without affording Marino to reply to Document: 2473. (Government's response).

[4] According to Fed.R.Civ.P. Rule 54(b), motion to reconsider, in light of this Court's inadvertent error Marino requests a meaningful opportunity for this Court to reply to Document: 2473, Government's response.

[5] Moreover, Marino requests that this Court ORDER the Clerk of Court's to correct the docket sheet concerning Documents: 2473, 2477, 2478, 2481, 2466. 2461, 2463, 2465 and 2472, inaccurately stated Marino filed for the retroactive USSG's 404 crack cocaine applications. Additional reasons for this Court to reverse, vacate and remand it-self via: sua sponte it's Court Orders depicted as: Documents: 2477, 2478, 2479, 2480, denial of Marino's Documents: 2461, 2463, 2465, and 2472.

[6]             Conclusion

WHEREFORE, for all of the above specifically stated reasons, Marino most respectfully requests the following relief from this Honorable Court:

*Motion denied.* /s/ NM Gorton, USDJ 9/11/20