United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Vincent Michael Marino,<br><br>Defendant. | Criminal Action No.<br>97-40009-NMG-10 |

**ORDER**

**GORTON, J.**

Pending before the Court is a motion filed by Vincent Michael Marino ("Marino" or "defendant") to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582 (Docket No. 2556). As previously noted by this Court, Marino has filed a number of motions seeking to reduce his term of imprisonment on nearly identical grounds. The Court denied two such motions, as well as a related motion to compel, in May, 2022 (Docket No. 2253).

The contentions raised by defendant in his pending motion with respect to the guidelines calculation for his sentence and the length of his sentence reprise those in his prior motions. In its opposition to defendant's motion, the government accurately responds that the Court has previously rejected those arguments. Moreover, defendant does not assert any new facts as to the conditions of his imprisonment or the effects of the

COVID-19 pandemic which justify the relief he seeks. For the foregoing reasons, the motion is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: December 12, 2022